HONORABLE ROBERT S. LASNIK

FILED    ENTERED
LODGED    RECEIVED

DEC 1 3 2001 **MR**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

CV 01 01856 #00000002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN OGREN and JUDY OGREN,

Plaintiffs,

v.

COLLECTECH SYSTEMS, INC., a
California corporation, and EXPERIAN
INFORMATION SOLUTIONS, INC., a
foreign corporation,

Defendants.

No. C01-1856L

APPLICATION AND ORDER
FOR LEAVE TO APPEAR
*PRO HAC VICE*

## APPLICATION

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington Michelle L. Vizurraga hereby applies for permission to appear and participate as counsel in the above-entitled action on behalf of Experian Information Solutions. This application is based upon the following:

The particular need for my appearance and participation is:   I have been the litigator most directly involved with Experian Information Solutions, concerning the negotiations that preceded this lawsuit being filed.

**ORIGINAL**

APPLICATION AND ORDER FOR LEAVE TO APPEAR
*PRO HAC VICE* - 1
Seattle-3120812.1  0099999-00006

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

I, Michelle L. Vizurraga, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a Court of record or by a state bar association; and

There are no pending disciplinary actions against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this ___11th___ day of December, 2001.

_____
Michelle L. Vizurraga

I have enclosed the required filing fee of $50.00

Receipt # (to be completed by the Court): _404 533_

APPLICATION AND ORDER FOR LEAVE TO APPEAR
*PRO HAC VICE* - 2
Seattle-3120812.1 0099999-00006

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant, Michelle L. Vizurraga, is unable to be present upon any date assigned by the Court.

DATED this 13th day of December, 2001.

Respectfully submitted:

Jennifer Merrick, WSBA # 30754
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101-3197
(206) 386-7522

## ORDER

It is ORDERED that the application of Michelle L. Vizurraga to appear and participate in this action is hereby approved.

DATED this 13th day of November, 2001

**BRUCE RIFKIN**

APPLICATION AND ORDER FOR LEAVE TO APPEAR
*PRO HAC VICE* - 3
Seattle-3120812.1 0099999-00006

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*